MINUTE ENTRY
MOORE, M.J.
AUGUST 10, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                    CRIMINAL ACTION

VERSUS                                                      NO. **00-385**

RAYMOND TILTON                                              SECTION **"R"**

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X / DEFENDANT WITH (WITHOUT) COUNSEL _____

_X_ / ASST. U. S. ATTORNEY   DUANE EVANS
_X_ / PROBATION OFFICER  DARYL NAQUIN
___ / INTERPRETER, _____, SWORN  (TIME: _____.M. TO _____.M.)

_X_ / DEFENDANT WAS ADVISED OF HIS RIGHTS

_X_ / READING OF (PETITION) RULE TO REVOKE: READ (SUMMARIZED) WAIVED

___ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
___ / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
___ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
___ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
___ / DEFENDANT RELEASED ON BOND
___ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
August 19, 2005 at 10:00 Am
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
held

_X_ / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
BEFORE UNITED STATES DISTRICT JUDGE SARAH S. VANCE

MJSTAR:  :06