# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

RAYMOND TILTON
2815 Metropolitan Street
New Orleans, LA 70126

**WARRANT FOR ARREST**

CASE NUMBER: 00-cr-385"R"

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Raymond Tilton** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment    ( ) Information    ( ) Complaint    ( ) Order of Court    ( ) Probation Violation Petition    (x) Supervised Release Violation Petition    ( ) Violation Notice

charging him or her with violations of supervised release

---

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

Signature of Issuing Officer
*B. Catalanotto*
(By) Deputy Clerk

**July 15, 2005   New Orleans, Louisiana**
Date and Location

Bail fixed at $_____ by _____
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at **CBD From OPP (detainer)**

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/09/05 | Brian W. Fair DUSM | [signature] |

CBD From OPP