UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 19 AM 11: 26

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-385 |
| v. | * | SECTION: "R" |
| RAYMOND TILTON | * | |

\* \* \*

## O R D E R

Considering the foregoing Rule to Revoke Supervised Release;

IT IS HEREBY ORDERED that defendant RAYMOND TILTON show cause before the Court at 9:30 A.m., on the 7th day of September, 2005, why supervised release should not be revoked.

New Orleans, Louisiana, this 19th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____