```
                                        UNITED STATES DISTRICT COURT
                                                  FILED
                                              October 6, 2005
                                        EASTERN DISTRICT OF LOUISIANA
                                               Loretta G. Whyte
                                                   Clerk
```

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 00-385 |
| VERSUS | SECTION "R" |
| RAYMOND TILTON (CUSTODY) | VIOLATION OF SUPERVISED RELEASE |

### NOTICE OF RULE TO REVOKE SUPERVISED RELEASE

Take Notice that this criminal case has been set for RULE TO REVOKE SUPERVISED RELEASE on WEDNESDAY, OCTOBER 12, 2005, at 10:00 a.m. before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, 777 Florida Street, Baton Rouge, LA 70801.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

DATE: October 6, 2005

LORETTA G. WHYTE, CLERK

by: **Jay Susslin**
**Deputy Clerk**

TO:
RAYMOND TILTON (CUSTODY)
c/o U.S. Marshal's Office
Tim Goode

**COUNSEL FOR DEFENDANT**
Roma Kent, Asst FPD

AUSA DUANE EVANS
New Orleans, LA 70130

U.S. Marshal

U.S. Probation Officer
DARYL NAQUIN

U.S. Pretrial Services

**JUDGE VANCE**

MAGISTRATE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

If you change address,
notify clerk of court
by phone, 589-7689

COURT REPORTER COORDINATOR
INTERPRETER:
( ) YES _____
(x) NO Language and/or Dialect