**MINUTE ENTRY**
**VANCE, J.**
**OCTOBER 12, 2005**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 00-385 |
| RAYMOND TILTON | SECTION "R" |

### RULE TO REVOKE SUPERVISED RELEASE

**COURTROOM DEPUTY: JAY SUSSLIN**
**COURT REPORTER/RECORDER: TONI TUSA**

APPEARANCES:   DUANE EVANS, FOR GOVERNMENT
               RAYMOND TILTON, DEFENDANT
               ROMA KENT, FOR DEFENDANT
               DARYL NAQUIN, U.S. PROBATION OFFICER
               U.S. MARSHAL

Court begins at 10:00 a.m. in Baton Rouge.
All present and ready.
Counsel appear for the record.
See Revocation order.
Court adjourned at 10:30 a.m.

JS-10: 00:30

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.